# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA ESPINOSA, etc., et al.,<br><br>        Plaintiff(s)<br><br>v.<br><br>BLUEMERCURY, INC., etc., et al.,<br><br>        Defendant(s) | CASE No C 3:16-cv-07202-JST<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: Date to be determined by the parties and Judge Tigar at the upcoming case management conference set for March 22, 2017.

Date: March 14, 2017      /s/ Shaun Setareh
                                        Attorney for Plaintiff

Date: March 14, 2017      /s/ David S. Bradshaw
                                        Attorney for Defendant

I, David S. Bradshaw, attest that concurrence in the filing of this document was obtained from Plaintiff's counsel.

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: March 14, 2017

                                          U.S. DISTRICT/MAGISTRATE JUDGE

> *Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-2017*