SHAUN SETAREH, SB #204514
shaun@setarehlaw.com
THOMAS SEGAL, SB #222791
thomas@setarehlaw.com
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, CA 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

Attorneys for Plaintiff
SANDRA ESPINOSA

JACKSON LEWIS P.C.
DAVID S. BRADSHAW, SB #44888
bradshawd@jacksonlewis.com
NATHAN W. AUSTIN, SB #219672
austinn@jacksonlewis.com
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendants
BLUEMERCURY, INC. and MACY'S, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA ESPINOSA, on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLUEMERCURY, INC., a Delaware Corporation; MACY'S, INC., a Delaware corporation; and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No. 3:16-cv-07202-JST<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE SECOND AMENDED COMPLAINT OR STIPULATED REQUEST FOR DISMISSAL** |

///

///

///

///

///

1

Stipulation & [Proposed] Order Extending Deadline to File
Second Amended Complaint or Stipulated Request for Dismissal                    Case No. 3:16-cv-07202-JST

Plaintiff Sandra Espinosa and Defendants Bluemercury, Inc. and Macy's, Inc. (collectively, the "Parties"), through their respective counsel of record, hereby stipulate that the deadline of July 28, 2017 for Plaintiff to file a second amended complaint or for the Parties to file a stipulated request for dismissal may be extended for an additional two weeks, up to and including August 11, 2017, while the Parties finalize their settlement.

The Parties respectfully request the Court to approve their stipulation.

Dated: July 28, 2017

SETAREH LAW GROUP

By: */s/ Thomas Segal*
Thomas Segal

Attorneys for Plaintiff
SANDRA ESPINOSA.

Dated: July 28, 2017

JACKSON LEWIS P.C.

By: */s/ David S. Bradshaw*
David S. Bradshaw

Attorneys for Defendants
BLUEMERCURY, INC. and
MACY'S, INC.

### Signature Attestation by David S. Bradshaw

Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Plaintiff's counsel.

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 31, 2017

_____
Hon. Jon S. Tigar
United States District Judge