SHAUN SETAREH, SB #204514
shaun@setarehlaw.com
THOMAS SEGAL, SB #222791
thomas@setarehlaw.com
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, CA 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

Attorneys for Plaintiff
SANDRA ESPINOSA

DAVID S. BRADSHAW, SB #44888
bradshawd@jacksonlewis.com
NATHAN W. AUSTIN, SB #219672
austinn@jacksonlewis.com
JACKSON LEWIS P.C.
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendants
BLUEMERCURY, INC. and MACY'S, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA ESPINOSA, on behalf of herself, all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>BLUEMERCURY, INC., a Delaware Corporation; MACY'S, INC., a Delaware corporation; and DOES 1 to 100, Inclusive,<br><br>    Defendants. | Case No. 3:16-cv-07202-JST<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER AND/OR OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

/ / /

/ / /

/ / /

/ / /

1

1    Plaintiff Sandra Espinosa ("Plaintiff") and Defendants Bluemercury, Inc. and Macy's, Inc.

2    ("Defendants"), through their respective attorneys of record, hereby stipulate that Defendants'

3    time to file an answer and/or otherwise respond to Plaintiff's Second Amended Complaint

4    [Dkt No. 46] is extended from September 1, 2017 up to and including September 18, 2017.

5    This extension will not alter the date of any event or any deadline already fixed by Court order.

6    No other extensions have been requested with respect to filing a responsive pleading to the

7    Second Amended Complaint.

8    Dated:  August 22, 2017                          SETAREH LAW GROUP

9

10                                                    By:  /s/ Shaun Setareh
                                                          Shaun Setareh
11                                                        Thomas Segal

12                                                    Attorneys for Plaintiff
                                                     SANDRA ESPINOSA
13

14   Dated:  August 22, 2017                          JACKSON LEWIS P.C.

15

16                                                    By:  /s/ David S. Bradshaw
                                                          David S. Bradshaw
17

18                                                    Attorneys for Defendants
                                                     BLUEMERCURY, INC. and
19                                                   MACY'S, INC.

20                         **Signature Attestation by David S. Bradshaw**

21        Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has

22   been obtained from Plaintiff's counsel.

23
                                  **[PROPOSED] ORDER**
24
              **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
25

26   Dated:_August 23, 2017

27                                                   _____
                                                     Hon. Jon S. Tigar
28                                                   United States District Judge