JACKSON LEWIS P.C.
DAVID S. BRADSHAW, SB #44888
bradshawd@jacksonlewis.com
NATHAN W. AUSTIN, SB #219672
austinn@jacksonlewis.com
400 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 341-0404
Facsimile:   (916) 341-0141

Attorneys for Defendants
BLUEMERCURY, INC. and MACY'S, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA ESPINOSA, on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLUEMERCURY, INC., a Delaware Corporation; MACY'S, INC., a Delaware corporation; and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No. 3:16-cv-07202-JST<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT** |

TO THE ABOVE-ENTITLED COURT:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned action have reached an agreement to settle the action in its entirety, and have fully executed the settlement agreement. Defendants have forwarded the settlement payment to Plaintiff for delivery on September 15, 2017.  Defendants anticipate that the parties will be able to file a stipulated request for dismissal, in accordance with the terms of the settlement agreement, shortly thereafter.

Dated: September 14, 2017                    JACKSON LEWIS P.C.


                                             By: */s/ David S. Bradshaw*
                                                   David S. Bradshaw

                                             Attorneys for Defendants
                                             BLUEMERCURY, INC. and
                                             MACY'S, INC.

1