SHAUN SETAREH, SB #204514
shaun@setarehlaw.com
THOMAS SEGAL, SB #222791
thomas@setarehlaw.com
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, CA 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

Attorneys for Plaintiff
SANDRA ESPINOSA

DAVID S. BRADSHAW, SB #44888
bradshawd@jacksonlewis.com
NATHAN W. AUSTIN, SB #219672
austinn@jacksonlewis.com
JACKSON LEWIS P.C.
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendants
BLUEMERCURY, INC. and MACY'S, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDRA ESPINOSA, on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLUEMERCURY, INC., a Delaware Corporation; MACY'S, INC., a Delaware corporation; and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No. 3:16-cv-07202-JST<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS/COLLECTIVE/REPRESENTATIVE CLAIMS WITHOUT PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

Plaintiff Sandra Espinosa and Defendants Bluemercury, Inc. and Macy's, Inc., by and through their respective counsel, stipulate and agree to the dismissal of Plaintiff Sandra Espinosa's ("Plaintiff") individual claims against Bluemercury, Inc. and Macy's, Inc. with prejudice, the dismissal of Plaintiff's class/collective/representative claims against Bluemercury, Inc. and Macy's, Inc. without prejudice, and the dismissal of the action in its entirety with each party to bear her/its own costs and attorneys' fees.

Dated: September 15, 2017         SETAREH LAW GROUP

By: */s/ Shaun Setareh*
    Shaun Setareh
    Thomas Segal

Attorneys for Plaintiff
SANDRA ESPINOSA

Dated: September 15, 2017         JACKSON LEWIS P.C.

By: */s/ David S. Bradshaw*
    David S. Bradshaw

Attorneys for Defendants
BLUEMERCURY, INC. and
MACY'S, INC.

## Signature Attestation by David S. Bradshaw

Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Plaintiff's counsel.

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 18, 2017

Hon. Jon S. Tigar
United States District Judge

2

Stip & [Proposed] Order Dismissing Plaintiff's Individual Claims with
Prejudice & Class/Collective/Representative Claims Without Prejudice       Case No. 3:16-cv-07202-JST